IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00205-RBJ-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE RAMON CRUZ-GAMEZ,

    Defendant.

_____

**UNOPPOSED MOTION FOR COMPETENCY EVALUATION**
_____

Jose Cruz-Gamez, by and through undersigned counsel, hereby moves this Court for an Order authorizing a psychiatric or psychological examination of the defendant by a certified psychiatrist or psychologist for the purpose of determining whether he suffers from a mental disease or defect, and to thereafter set a hearing to determine his competency to proceed, pursuant to 18 U.S.C. § 4241(a),(b) and (c), and 18 U.S.C. §4247(b) and (c). In support thereof, the defense states as follows:

**I.    Procedural History**

1.    Mr. Cruz-Gamez is charged with one count of illegal reentry, in violation of 8 U.S.C. § 1326(a) and (b)(2). On June 13, 2013, Mr. Cruz-Gamez entered a plea of not guilty to the charge. On that same date, United States Magistrate Judge Kathleen M. Tafoya ordered Mr. Cruz-Gamez detained without bond.

2.    A status hearing is currently scheduled for July 22, 2013, at 8:15 a.m.

## II. Argument

3. Undersigned counsel has met with Mr. Cruz-Gamez on two separate occasions. Based upon undersigned counsel's interactions with Mr. Cruz-Gamez, undersigned counsel has reason to believe that Mr. Cruz-Gamez may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Attorney-client privilege and confidences prevent further disclosure. But, given counsel's concerns about Mr. Cruz-Gamez's competency, the defense requests the Court to order a psychiatric or psychological evaluation for purposes of determining competency.

4. Pursuant to 18 U.S.C. § 4247(b), and for the purposes of conducting this examination, counsel requests that the defendant be committed to the custody of the United States Attorney General for a reasonable period not to exceed 30 days, unless an extension is appropriately sought pursuant to the provisions of the same statute.

5. Pursuant to 18 U.S.C. § 4247(c), counsel further requests the Court to direct the preparation of a written report and that, once completed, copies of the report be delivered *directly* to undersigned counsel, the Assistant United States Attorney, and this Court.

6. Counsel further requests that this Court order counsel to contact chambers to set a date for hearing on Mr. Cruz-Gamez's competency.

7. Pursuant to 18 U.S.C. § 3161(h)(1), the defense maintains that the Speedy Trial clock is tolled until such time as a determination of competency is made.

8. Undersigned counsel has conferred with AUSA Richard Hosley and Mr. Hosley has no objections to this motion.

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim


s/ Scott T. Varholak
Scott T. Varholak
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Scott.Varholak@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/21/2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard Hosley, III, AUSA
email: richard.hosley@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jose Ramon Cruz-Gamez (via Mail)
Reg. No. 16806-081
c/o FDC-Englewood

        s/ Scott T. Varholak
        Scott T. Varholak
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Scott.Varholak@fd.org
        Attorney for Defendant