IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00205-RBJ-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE RAMON CRUZ-GAMEZ,

      Defendant.
_____

**DEFENDANT'S RENEWED MOTION FOR COMPETENCY EVALUATION**
_____

      Jose Cruz-Gamez, by and through undersigned counsel, renews his motion for an Order authorizing a psychiatric or psychological examination of the defendant by a certified psychiatrist or psychologist for the purpose of determining whether he suffers from a mental disease or defect, and to thereafter set a hearing to determine his competency to proceed, pursuant to 18 U.S.C. § 4241(a),(b) and (c), and 18 U.S.C. §4247(b) and (c). In support thereof, the defense states as follows:

      1.     Mr. Cruz-Gamez is charged with one count of illegal reentry, in violation of 8 U.S.C. § 1326(a) and (b)(2). On June 13, 2013, Mr. Cruz-Gamez entered a plea of not guilty to the charge. On that same date, United States Magistrate Judge Kathleen M. Tafoya ordered Mr. Cruz-Gamez detained without bond.

      2.     A status hearing was originally scheduled for July 22, 2013, at 8:15 a.m.

      3.     On June 21, 2013, the defense filed an Unopposed Motion for Competency Evaluation ("Competency Motion") (Doc. No. 12). In that Competency Motion, undersigned counsel detailed his concerns about Mr. Cruz-Gamez's

competency. Undersigned counsel asked the Court to order a competency evaluation, and to vacate the status date. At that time, counsel for both parties believed that Mr. Cruz-Gamez was still in Colorado.

4. On June 24, 2013, this Court issued Orders granting the Competency Motion and vacating the status date (Doc. Nos. 13 & 14). After issuing these Orders, the Court learned that Mr. Cruz-Gamez had been (apparently in error) transported to Utah. Because Mr. Cruz-Gamez was not available for a competency evaluation, the Court vacated its earlier Orders (Doc. Nos. 15 & 16).

5. Undersigned counsel was informed today that Mr. Cruz-Gamez has now been returned to Colorado. For the reasons previously outlined in the Competency Motion, undersigned counsel remains concerned that Mr. Cruz-Gamez may be unable to stand trial or assist in his defense. As a result, the defense asks the Court to re-issue its previous Order for Competency Examination and Determination (Doc. No. 14).

WHEREFORE, the defense respectfully requests that this Court issue re-issue its Order for Competency Examination and Determination (Doc. No. 14).

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim

s/ Scott T. Varholak
Scott T. Varholak
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Scott.Varholak@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on 7/8/2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard Hosley, III, AUSA
email: richard.hosley@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jose Ramon Cruz-Gamez  (via Mail)
Reg. No. 16806-081
c/o FDC-Englewood

        s/ Scott T. Varholak
        Scott T. Varholak
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Scott.Varholak@fd.org
        Attorney for Defendant